

FILED MAR 10 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

ENTERED MAR 11 2009

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

Fleetwood Enterprises, Inc.,

        Debtor.

Case No. RS 09-14254 BB

Chapter 11

ORDER OF TRANSFER

It appearing that the above-entitled case is properly transferable,

IT IS HEREBY ORDERED that the above-entitled case and proceedings (if any), arising out of or related to said case be transferred and referred to Bankruptcy Judge Meredith A. Jury for all further proceedings. The case number will remain the same, however, the Judge's initials must be changed to "MJ" on all pleadings. and all other related cases ~~(strikethrough)~~ currently assigned to Judge Bluebond.

Dated: 3/10/09

Sheri Bluebond
United States Bankruptcy Judge

I hereby consent to the transfer.

Dated: 3-10-09

Meredith A. Jury
United States Bankruptcy Judge

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |
| 2 | TO ALL PARTIES IN INTEREST LISTED BELOW: |

1. You are hereby notified that a document entitled:
   was entered on _____3-11-09_____.

2. I hereby certify that I mailed a true copy of the above entitled document to the persons and entities listed below on _____3-11-09_____.

Dated: 3-11-09

_____, Deputy Clerk

Office of the U.S. Trustee
3685 Main Street Ste 300
Riverside, CA 92501

Daniel C Lapidus on behalf of Plaintiff Robert Myers
177 S Beverly Dr
Beverly Hills, CA 90212

Ryan D Lapidus on behalf of Plaintiff Robert Myers
177 S Beverly Dr
Beverly Hills, CA 90212

**Fleetwood Enterprises, Inc.**
3125 Myers Street
Riverside, CA 92513

**Craig Millet**
4 Park Plaza #1400
Irvine, CA 92614