Byron Z. Moldo, Esq. (SBN 109652)
ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Plaintiffs Sandra Justice and Alicia Rice
Individually and as Class Representatives

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>FLEETWOOD ENTERPRISES, INC.,<br><br>Debtor. | Case No. 6:09-bk-14254-MJ<br><br>Chapter 11 |
| SANDRA JUSTICE and ALICIA RICE,<br>individually and as Class Representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>FLEETWOOD ENTERPRISES, INC.,<br><br>Defendant. | Adv. No. 6:09-1108-MJ<br><br>NOTICE OF NECESSITY TO COMPLY WITH LOCAL BANKRUPTCY RULE 7026-1<br><br><u>STATUS CONFERENCE</u><br><br>Date: May 28, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 302<br>      3420 Twelfth Street,<br>      Riverside, CA 92501 |

TO DEFENDANT FLEETWOOD ENTERPRISES, INC. AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 7026-1, at least twenty-one (21) days before the May 28, 2009 status conference counsel for the parties shall meet in person or by telephone to:

    (a)    Exchange all documents then reasonably available to a party which are then contemplated to be used in support of the allegations of the pleadings filed by the parties;

(b) Exchange preliminary schedules of discovery;

(c) Exchange any other evidence then reasonably available to a party to obviate the filing of unnecessary discovery motions;

(d) Exchange a list of witnesses then known to have knowledge of the facts supporting the material allegations of the pleading filed by the party; and,

(e) Discuss settlement of this proceeding.

DATED: April 23, 2009          ERVIN, COHEN & JESSUP LLP


By: /s/ BYRON Z. MOLDO
BYRON Z. MOLDO
Attorneys for Plaintiffs, Sandra Justice and Alicia Rice, Individually and as Class Representatives

| In re: FLEETWOOD ENTERPRISES, INC., Debtor(s). | CHAPTER 11 CASE NUMBER 6:09-bk-14254-MJ |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

A true and correct copy of the foregoing document described as: **NOTICE OF NECESSITY TO COMPLY WITH LOCAL BANKRUPTCY RULE 7026-1**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 23, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information on attached page

II. **SERVED BY U.S. MAIL**: On **April 23, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bankruptcy Judge
Hon. Meredith A. Jury
U.S. Bankruptcy Court/Riverside
3420 Twelfth Street
Suite 345
Riverside, CA 92501-3819

☐ Service information on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 23, 2009 | TRISH MELENDEZ | /s/ Trish Melendez |
|---|---|---|
| Date | Type Name | Signature |

IDOCS:11937.3:877975.1

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Peter A Davidson on behalf of Plaintiff Alicia Rice
pdavidson@ecjlaw.com

Craig Millet on behalf of Defendant Fleetwood Enterprises Inc
pcrawford@gibsondunn.com;cmillet@gibsondunn.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**