11937.3

| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Byron Z. Moldo (Bar No. 109652)<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212<br>Ph: 310-273-6333<br>Fax: 310-859-2325<br><br>*Attorney for* Plaintiff Sandra Justice and all other persons similarly situated | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

FLEETWOOD ENTERPRISES, INC.

Debtor(s).

SANDRA JUSTICE, on her own behalf and on behalf of all other persons similarly situated,

Plaintiff(s).

vs.

FLEETWOOD ENTERPRISES, INC.

Defendant(s).

CHAPTER: 11

CASE NO.: 6:09-bk-14254-MJ

ADVERSARY NO.: 6:09-ap-01108-MJ

DATE: 5/28/09
TIME: 11:00 a.m.
PLACE: Courtroom 1165

# JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served? ☒ Yes ☐ No

2. Have all parties filed and served answers to the complaint/ counter-complaints/etc.? ☒ Yes ☐ No

3. Have all motions addressed to the pleadings been resolved? ☒ Yes ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

| In re | CHAPTER: 11 |
|---|---|
| FLEETWOOD ENTERPRISES, INC. | CASE NO.: 6:09-bk-14254-MJ |
| Debtor(s). | ADVERSARY NO.: 6:09-ap-01108-MJ |

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Approximately 9 months | Same |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | See Section F below | Same |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | Approximately 6 months | Same |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Interrogatories, requests for production of documents and depositions. | Same |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | Not known at this time. | Same |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | Not known at this time. | Same |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Not known at this time. | Same |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

| In re | CHAPTER: 11 |
| FLEETWOOD ENTERPRISES, INC. | CASE NO.: 6:09-bk-14254-MJ |
| Debtor(s). | ADVERSARY NO.: 6:09-ap-01108-MJ |

D. **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference  X  (is)/ ___ (is not) requested.
Reasons: To narrow issues for trial.

Defendant

Pre-trial conference  X  (is)/ ___ (is not) requested.
Reasons: ___

Plaintiff

Pre-trial conference should be set *after*:

(date) 02/01/10

Defendant

Pre-trial conference should be set *after*:

(date) 02/01/10

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   See F. below

2. Has this dispute been formally mediated?     ☐ Yes     ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff                             Defendant
   ☐ Yes    ☒ No                        ☐ Yes    ☒ No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 7016-1.1

| | |
|---|---|
| Joint Status Report - Page 4 | **F 7016-1.1** |

| In re<br>FLEETWOOD ENTERPRISES, INC.<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 6:09-bk-14254-MJ<br>ADVERSARY NO.: 6:09-ap-01108-MJ |
|---|---|

**F.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Re E.1 - Counsel met in person on 5/5/09 to conduct early meeting of counsel, at which time counsel briefly discussed settlement. Discussions continuing.

Re B.2 - The parties agree that in light of the current posture of the bankruptcy cases and the likelihood that more information will be available with respect to the progression of the bankruptcy cases within the next 60 days, it is appropriate to forego activity in this case for a brief period of time.

The parties request that the court continue the May 28, 2009 Initial Status Conference for approximately 60 days in order to allow time for the bankruptcy cases to progress so the parties may engage in a more meaningful analysis of the issues raised in this litigation. At that time the parties will be in a better position to schedule trial and pre-trial deadlines, as well as to determine whether to schedule a mediation.

Respectfully submitted,

Dated: 05/13/09                                                             Dated: _____

ERVIN COHEN & JESSUP LLP                                    GIBSON, DUNN & CRUTCHER LLP
*Firm Name*                                                                    *Firm Name*

By: *[signature]*                                                              By: [SEE NEXT PAGE]

Name: Byron Z. Moldo                                               Name: Michele L. Maryott

Attorney for: Plaintiffs                                                  Attorney for: Defendant Fleetwood Enterprises

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                            **F 7016-1.1**

Joint Status Report - *Page 4*  F 7016-1.1

| In re | CHAPTER: 11 |
| FLEETWOOD ENTERPRISES, INC. | CASE NO.: 6:09-bk-14254-MJ |
| Debtor(s). | ADVERSARY NO.: 6:09-ap-01108-MJ |

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Re E.1 - Counsel met in person on 5/5/09 to conduct early meeting of counsel, at which time counsel briefly discussed settlement. Discussions continuing.

Re B.2 - The parties agree that in light of the current posture of the bankruptcy cases and the likelihood that more information will be available with respect to the progression of the bankruptcy cases within the next 60 days, it is appropriate to forego activity in this case for a brief period of time.

The parties request that the court continue the May 28, 2009 Initial Status Conference for approximately 60 days in order to allow time for the bankruptcy cases to progress so the parties may engage in a more meaningful analysis of the issues raised in this litigation. At that time the parties will be in a better position to schedule trial and pre-trial deadlines, as well as to determine whether to schedule a mediation.

Respectfully submitted,

Dated: 05/13/09

ERVIN COHEN & JESSUP LLP
*Firm Name*

By: _____

Name: Byron Z. Moldo

Attorney for: Plaintiffs

Dated: 5/13/09

GIBSON, DUNN & CRUTCHER LLP
*Firm Name*

By: *[signature]* Michele L. Maryott

Name: Michele L. Maryott

Attorney for: Defendant Fleetwood Enterprises

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

| In re: | CHAPTER 11 |
|---|---|
| FLEETWOOD ENTERPRISES, INC., Debtor(s). | CASE NUMBER 6:09-bk-14254-MJ<br>Adv. 6:09-ap-01108-MJ |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

A true and correct copy of the foregoing document described as: **JOINT STATUS REPORT LOCAL BK RULE 7016-1(a)(2)**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 13, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information on attached page

**II. SERVED BY U.S. MAIL:** On **May 13, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bankruptcy Judge
Hon. Meredith A. Jury
U.S. Bankruptcy Court/Riverside
3420 Twelfth Street
Suite 345
Riverside, CA 92501-3819

☒ Additional service information on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 13, 2009 | TRISH MELENDEZ | /s/ |
|---|---|---|
| Date | Type Name | Signature |

IDOCS:11937.3:877975.1

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Peter A Davidson on behalf of Plaintiff Alicia Rice
pdavidson@ecjlaw.com

Craig Millet on behalf of Defendant Fleetwood Enterprises Inc
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com

Byron Z Moldo on behalf of Plaintiff Alicia Rice
bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL:**

Gianna M. Karapelou, Esq.
Charles A. Ercole, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 S. Broad Street
Philadelphia, PA  19102-5003
*Attorneys for Sandra Justice and Alicia Rice,
Individually and as Class Representatives*

Michele L. Maryott, Esq.
Gibson Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612-4412
T: 949/451-3945
F: 949/451-4220
E: mmaryott@gibsondunn.com
*Attorneys for Defendant, Fleetwood Enterprises*

IDOCS:11937.3:877975.1