UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

<u>BANKRUPTCY MINUTES - GENERAL</u>

FILED
MAY 28, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ADV. NO. RS09-01108MJ
CASE NO. <u>RS09-14254MJ</u>          DATE <u>MAY 28, 2009</u>          **8**

TITLE: <u>FLEETWOOD ENTERPRISES, INC</u>

DOCKET ENTRY:   STATUS CONFERENCE ON COMPLAINT, RE CLASS ACTION

(JUSTICE ET AL VS FLEETWOOD ENTERPRISES INC)

COMPLAINT FLD 3-10-09

PRESENT:
    HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:     ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

PROCEEDINGS:    **CONTINUED TO 8-6-09 AT 11:00 AM - NTC TO BE FILED.**

( ) **ORDER TO FOLLOW**   ( ) **TO BE LODGED**   ( ) **NO LODGEMENT NECESSARY**

( ) **WALK THROUGH**   ( ) **CLERK'S ORDER VAN 153**   ( ) **CHAMBER'S ORDER**
                       [CHAPTER **13'S** ONLY]

GENMIN1