UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

BANKRUPTCY MINUTES - GENERAL


FILED
AUG 6, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

ADV. NO.  RS09-01108 MJ
CASE NO.  RS09-14254 MJ            DATE AUG 6, 2009            **28**

TITLE: FLEETWOOD ENTERPRISES INC

DOCKET ENTRY: STATUS CONFERENCE ON COMPLAINT FLD 3-10-09 RE CLASS ACTION [JUSTICE ET AL V FLEETWOOD ENTERPRISES INC]

FROM 5-28-09; NTC TO BE FILED

PRESENT:
  HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:       ATTORNEYS FOR DEFENDANTS/RESPONDENTS:
Moldo                                 Maryott
Ercole

PROCEEDINGS:    continued to Nov. 12 at 11:00 a.m.

( ) ORDER TO FOLLOW     ( ) TO BE LODGED     ( ) NO LODGEMENT NECESSARY
( ) WALK THROUGH        ( ) CLERK'S ORDER VAN 153    ( ) CHAMBER'S ORDER
                            [CHAPTER **13'S** ONLY]

GENMIN1